IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24MJ9165 RHH |
| | ) |
| JIACHENG CHEN, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Tracy Lynn Berry, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.     Defendant is charged with in the following criminal offenses: conspiracy to commit bank and wire fraud, 18 U.S.C. § 1349; wire fraud, 18 U.S.C. § 1343; money laundering, 18 U.S.C. § 1956; and engaging in an unlicensed money transmitting business, 18 U.S.C. § 1960.

2.     Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against Defendant and Defendant's history and characteristics warrant Defendant's detention pending trial.

The defendant is a lawful permanent residence from China based upon his father's adjustment of status.

The fraud scheme underlying the complaint involves the laundering of fraud proceeds and the proceeds of other illegal conduct by Defendant and other individuals by converting the illegal proceeds into cashier's checks before depositing them into the bank accounts of others. Between August 2, 2022 and July 31, 2023, Defendant engaged in more than $2,600,000 cash transactions in seven states. During a two-day period, in the Eastern District of Missouri, Defendant deposited cashier's checks totaling approximately $425,000 into a single bank account.

3. There is a serious risk that the defendant will flee because he is a citizen of China and has significant connections and resources in China. The United States also submits that Defendant poses a risk of flight as members of the MLO have received and used Taiwanese passports that had been lawfully issued to others in the course of their money laundering activities.

Finally, the Government notes that because of the amount of currency transactions Defendant conducted, the guideline range would mandate the imposition of a term of incarceration. In addition, Defendant could be deported after the conclusion of his sentence. The Government submits that these factors could provide an incentive for the Defendant to flee the United States and avoid criminal prosecution.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and ensure that he does not pose a risk of economic danger to the community, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial

appearance.

          Respectfully submitted,

          SAYLER A. FLEMING
          United States Attorney

          *s/Tracy L. Berry*
          TRACY L. BERRY 014753 TN
          Assistant United States Attorney
          111 S. 10th Street, Room 20.333
          St. Louis, Missouri 63l02
          (314) 539-2200